- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER DEPPE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No.: 1:16-cv-00528-TWP-DKL |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AND
REQUEST FOR ENTRY OF JUDGMENT**

Plaintiff Peter Deppe, and his Unopposed Motion for Voluntary Dismissal and Request for Entry of Judgment, hereby states the following:

WHEREAS on March 8, 2016, Plaintiff filed his Class Action Complaint against Defendant NCAA, alleging two claims under the Sherman Act (15 U.S.C. § 1), Count I's claim regarding the NCAA's cap on athletic scholarships and Count II's claim regarding the NCAA's transfer rules.  *See* ECF No. 1.

WHEREAS, on April 14, 2016, the NCAA filed its Motion for Partial Dismissal and to Strike Irrelevant Allegations of Plaintiff's Complaint.  *See* ECF No. 26.

WHEREAS, on March 6, 2017, the Court granted in part and denied in part the NCAA's Motion, dismissing Count II of Plaintiff's complaint as well as his claims to the extent they

010542-12 948120 V1

sought injunctive relief.  ECF No. 43.[1]

WHEREAS Plaintiff seeks to appeal the Court's March 6, 2017 order as to Count II and the dismissal of Plaintiff's claim for injunctive relief as applicable to Count II.

WHEREAS, pursuant to the Federal Rule of Civil Procedure 41(a)(2), Plaintiff seeks to voluntarily dismiss Count I against Defendant, with prejudice, with each party to bear its own costs as to Count I.  For the avoidance of doubt, Plaintiff's request includes voluntarily dismissal with prejudice of both the injunctive and damages portions of Count I.

WHEREAS, the parties have met and conferred regarding Plaintiff's request to voluntarily dismiss Count I against Defendant, with prejudice, with each party to bear its own costs as to Count I.

WHEREAS Defendant does not oppose Plaintiff's request to voluntarily dismiss Count I against Defendant, with prejudice, with each party to bear its own costs as to Count I.

WHEREAS with entry of an order dismissing Count I with prejudice, no claims will remain pending before the Court, Plaintiff thus requests that the Court enter a final judgment.

ACCORDINGLY, for the reasons provided above and for good cause shown, Plaintiff respectfully requests that the Court (1) voluntarily dismiss Count I against Defendant, with prejudice, with each party to bear its own costs as to Count I and (2) enter judgment.  Plaintiff further requests the Court grant him all such other relief as the Court deems necessary and appropriate.

---

[1] As to Count I, the Court granted the NCAA's motion to dismiss Plaintiff's claims for injunctive relief without prejudice and provided Plaintiff the opportunity to file an amended complaint as to his claims for injunctive relief as to Count I.  Plaintiff respectfully intends to stand on the Complaint as drafted.

Dated: March 30, 2017

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By    */s/ Steve W. Berman*
      Steve W. Berman (*Pro Hac Vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Elizabeth A. Fegan (*Pro Hac Vice*)
Daniel J. Kurowski (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

Stuart M. Paynter (*Pro Hac Vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

William N. Riley
Joseph N. Williams
RILEY, WILLIAMS & PIATT LLC
Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797
wriley@rwp-law.com
jwilliams@rwp-law.com

*Attorneys for Plaintiff*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>*/s/ Steve W. Berman*
> Steve W. Berman