UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER DEPPE, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:16-cv-00528-TWP-DKL |
| v. | ) ) ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL AND REQUEST FOR ENTRY OF JUDGMENT**

This matter has come before the Court upon Plaintiff's Unopposed Motion for Voluntary Dismissal and Request for Entry of Judgment. For the reasons provided therein and for good cause shown, Plaintiff's Motion is GRANTED. The Court dismisses Count I, including both the injunctive and damages portions of Count I, with prejudice, with each party to bear its own costs as to Count I. As no claims remain pending before the Court, the Court will separately enter judgment.

Date: 4/4/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

*Distribution to: Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system*