UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER DEPPE on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>      vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>                Defendant. | No. 1:16-cv-00528-TWP-DKL |

## FINAL JUDGMENT

Having this day granted Plaintiff's unopposed voluntary dismissal of Count 1, including both the injunctive and damages portions of Count 1, with prejudice, each party to bear its own costs as to Count 1; and previously on March 7, 2017, having dismissed Count II with prejudice, the Court now enters **FINAL JUDGMENT**. No counts remain after the voluntary dismissal of Count 1, and Plaintiff shall take nothing by way of his complaint.

SO ORDERED:

Dated: 4/4/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Jacob K. Danziger
350 S. Main Street, Suite 210,
jdanziger@schiffhardin.com

Daniel E. Pulliam
FAEGRE BAKER DANIELS LLP
(Indianapolis)
daniel.pulliam@faegrebd.com

Kathy Lynn Osborn
FAEGRE BAKER DANIELS LLP
(Indianapolis)
kathy.osborn@faegrebd.com

Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO, LLP
beth@hbsslaw.com

Anne Medlin Lowe
RILEY WILLIAMS & PIATT, LLC
alowe@rwp-law.com

Joseph N. Williams
RILEY WILLIAMS & PIATT, LLC
jwilliams@rwp-law.com

William N. Riley
RILEY WILLIAMS & PIATT, LLC
wriley@rwp-law.com

Gregory L. Curtner
SCHIFF HARDIN, LLP - Michigan
gcurtner@schiffhardin.com

Robert James Wierenga
SCHIFF HARDIN, LLP - Michigan
rwierenga@schiffhardin.com

Suzanne L. Wahl
SCHIFF HARDIN, LLP - Michigan
swahl@schiffhardin.com

Sara Willingham
THE PAYTNER LAW FIRM PLLC
swillingham@paynterlawfirm.com

Stuart McKinley Paynter
The Paynter Law Firm PLLC
stuart@paynterlawfirm.com